FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

(Last Name) BUTLER (Identification Number) 84150

(First Name) TERRY (Middle Name) DEWAYNE

(Institution) E.M.C.F. 10641 Hwy 80 west

(Address) meridian ms 39307

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG -9 2017
ARTHUR JOHNSTON
BY ______ DEPUTY

v.

CIVIL ACTION NUMBER: 3:17cv654-DPJ-FKB
(to be completed by the Court)

VICTOR MASON

HINDS COUNTY SHIEFF DEPT

JACKSON MS

John And Jane Does Et. Al.

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any other lawsuits in a court of the United States? Yes ( ✓ ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Terry Dewayne Butler vs. City of Jackson Police Dept

2. Court (if federal court, name the district; if state court, name the county): Southern District

3. Docket Number: N/A

4. Name of judge to whom case was assigned: ROPER + LEE

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): dismissed

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: TERRY BUTLER Prisoner Number: 84150

Address: E.M.C.F. 10641 HWY 80 WEST MERIDAN MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: VICTOR MASON is employed as (SHEIFF) H.C.S.D. at H.C.S.D JACKSON MS

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: TERRY BUTLER ADDRESS: 10641 HWY 80 WEST MERIDIAN 39307

DEFENDANT(S):

NAME: [illegible] VICTOR MASON ADDRESS:

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( ✓ ) No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ) No ( ✓ )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ ) No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ) No ( ), if so, state the results of the procedure: NONE AT ALL

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes ( ) No ( ✓ )

2. State how your claims were presented (written request, verbal request, request for forms): VERBAL REQUEST

3. State the date your claims were presented: MARCH

4. State the result of the procedure: N/A

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

I WAS ARRESTED ON AUGUST 4, 2015 AND WHEN I WAS ARRESTED I HAD IN MY POSSESSION A WALLET, WATCH, AND BIBLE, AND THE CREED Books WHEN I CAME TO JAIL BUT ME BEING RELEASE TO M.D.O.C. DEC 15, 2016 I did NOT GET ANY OF MY PROPERTY AND THE Bible WAS A NEW CENTURY VERISON OUT OF MY POSSESSION THAT BIBLE IS WHAT I WANT TO MOST GOD CHANGE MY LIFE WITH IT AND HE' IN CHARGE OF MY LIFE AND THE STRESS FOR THIS THATS BETWEEN THEM AN GOD Thank YOU VERY MUCH

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

TO HAVE MY (BIBLE NEW CENTURY) RETURN TO ME AND TO PAY FOR MY WATCH #28 AND TO HAVE THE STAFF IN RAYMOND TO BE MORE RESPONSIBLE BECAUSE THIS Just AINT NO ANY BIBLE (THE NEW CENTURY VERISON BIBLE)

Signed this 24 day of JULY, 20 017.

TERRY BUTLER # 84150

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

7-24-17

(Date)

Terry Butler

Signature of plaintiff